UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| MARVIN J. VON RENCHLER,<br><br>    Plaintiff,<br><br>v.<br><br>CENTRAL MORTGAGE COMPANY, an Arkansas banking corporation; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware Corporation and NORTHWEST TRUSTEE SERVICES, INC., a Washington Corporation,<br><br>    Defendants. | Case No. 11-CV-00019-HU<br><br>ORDER ON PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER & PRELIMINARY INJUNCTION |

The Court, having reviewed the parties' submissions with respect to Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction (dkt. #21), and having conferred with the parties' counsel via telephone on July 15, 2011 (dkt. #32), hereby GRANTS Plaintiff's Motion as follows, as Defendants, without admission, chose not to substantively oppose Plaintiff's Motion, provided that security was ordered:

1.  Plaintiff is ordered to deposit as security with the Court's register the sum of $700.00 per month throughout the pendency of this action commencing on September 1, 2011, and due on the first of each month thereafter;

Page 1 – ORDER

2. Plaintiff is ordered to preserve and protect the subject real property commonly known as 7475 SW Hermoso Way in Tigard, Oregon ("the Property") in accordance with the Deed of Trust (dkt. #1, attachment #3); and,

3. Defendants are hereby preliminarily enjoined from completing the non-judicial trustee's sale of the Property during the pendency of this action.

SO ORDERED this 10th day of August, 2011.

/s/ Dennis J. Hubel
_____
Hon. Dennis J. Hubel
United States Magistrate Judge

No objection to form of Order:

/s/ Elizabeth Lemoine_____
Elizabeth Lemoine
Luby Law Firm
7540 SW Hermoso Way
Tigard, OR 97223
    Attorney for Plaintiff

/s/ John Thomas_____
John M. Thomas
Routh Crabtree Olsen, PC
621 SW Alder St., #800
Portland, Oregon 97201
    Attorney for Defendants Central Mortgage Company and MERS

/s/ Chris Fowler_____
Chris Fowler
Routh Crabtree Olsen, PC
621 SW Alder St., #800
Portland, OR 97205
    Attorney for Defendant NWTS